Italy A. ROBINSON, Appellant, v. Sallie M. WILLIAMS, Appellee.

No. 9928.

United States Court of Appeals District of Columbia Circuit.

Argued May 13, 1949.

Decided May 23, 1949.

Mr. Charles K. Brown, Jr., Washington, D. C., for appellee.

Before CLARK, WILBUR K. MILLER, and PRETTYMAN, Circuit Judges.

PER CURIAM.

We find no error in the record. Therefore, the decision of the District Court is affirmed.